Harold **RICHARDS**

v.

**CRESCENT TOWING & SALVAGE COMPANY, Inc.**

No. 3064.

United States District Court
E. D. Louisiana,
New Orleans Division.
April 28, 1958.

Dodd, Hirsch, Barker & Meunier, Harold J. Lamy, Thomas J. Meunier, New Orleans, La., for libellant.

Clem H. Sehrt, New Orleans, La., Lemle & Kelleher, Charles Kohlmeyer, Jr., New Orleans, La., for respondent.

CHRISTENBERRY, Chief Judge.

The foregoing matter having been tried to the Court without a jury, the Court having heard evidence and the arguments of proctors, and having taken time to consider the matters, hereby makes the following findings of fact and conclusions of law:

### Findings of Fact

#### I.

Libelant Harold Richards was employed as a deckhand on board respondent's tug Port Allen. While so employed he contracted diabetes and tuberculosis.

#### II.

Libelant's diabetes has been controlled by insulin, and maximum cure has been effected.

#### III.

Libelant's tuberculosis is now inactive. Libelant will be required to take drugs as a precautionary measure until May 22, 1958, on which date the medical evidence adduced at the trial shows and I find that maximum cure will have been attained.

#### IV.

During the period November 22, 1956, to the date on which this cause came on for trial, libelant was in an out-patient and in-patient status at the United States Public Health Service Hospital at New Orleans, where he received treatment for his diseases. The parties have stipulated and I find that he was an in-patient at the hospital for 333 days during the period under consideration, for which time he is not entitled to receive maintenance.

#### V.

Libelant accordingly will have spent 577 days in an out-patient status at the time that he reaches maximum cure on May 22, 1958.

#### VI.

Maintenance at the rate of $6 a day is customary in this area for crew members of harbor tugs, and I find that maintenance at that rate is proper in this case.

### Conclusions of Law

#### I.

Having contracted an illness while in the employ of respondent, libelant is entitled to maintenance and cure for the period of his disability or until he reaches maximum recovery.

#### II.

Libelant is entitled to a decree against respondent for 577 days' maintenance at $6 per day, or $3,462, plus interest from the date of judicial demand, and costs.